**FILED**
August 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

RECEIVED
AUG 18 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

655 E CESAR E. CHAVEZ BLVD, SAN ANTONIO, TEXAS 78206

SA23CA1029 OG

PRO SE PLAINTIFF

JOSEPH HALIROU ISSA

125 CR 3828 SAN ANTONIO, TX 78253

VS

DEFENDANT,

BOEING COMMERCIAL AIRCRAFTS COMPANY

375 AIRLIFT DRIVE, SAN ANTONIO, TX 78226

DEFENDANT,

VOLT INFORMATION SCIENCE INC.

375 AIRLIFT DRIVE, SAN ANTONIO, TX, 78226

Now come Pro Se Plaintiff statement that the above-mentioned Court has JURISDICTION over this

case. That the defendants in this case Collaboratory operate a business in Bexar County of Texas.

DISCRIMINATION AGAINST EMPLOYEE WITH DISABILITY AGE DISCRIMINATION ACT OF 1967, AS CODIFIED, 29 U.S.C 621 TO 634

1.

Pro Se Plaintiff was denied medical care on February 24th, 2023, following a hard fall on a

concrete floor while moving aircraft parts.

2.

That, following the fall, Plaintiff requested a medical form to an emergency. But, his supervisor

refused. In that, the contract house could not be reached, the Plaintiff resulted to taking over

counter pain medications.

3.

That, round about June 2023, the Plaintiff was in increased pain and contacted his immediate

supervisor again, requesting to be seen by an injury doctor, but again the same supervisor

refused to assist.

4.

That, numerous calls to Volt coordinators went unanswered, or I don't work there anymore as

answers.

5.

   That, Plaintiff's pain of his upper body resulted in numbness and called for immediate action with

   Boeing Human Resources. Pro se Plaintiff was again denied a referral for treatment, with his

   immediate manager on the phone saying,

   " I am not giving you a Note to the Doctor, I don't Know what is wrong with you"

6.

   Plaintiff strongly believes that his immediate supervisor's statement is in direct reference to his

   disability.

7.

   That, by the hour, Plaintiff's pain and numbness increased down from his belly to his waist. A

   call to a local doctor suggested that the Plaintiff go straight to a certain emergency room in

   Bexar County.

8. That, on arrival at the hospital, the numbness had already spread down to his legs. followed

by

paralysis from his stomach to his legs.

9. That Plaintiff was hospitalized.

10.

A Spinal decompression surgery was performed on June 11, 2023

11. That Plaintiff continues in moderate to severe pains.

**Relief Requested,**

Pro Se Plaintiff Prays The Court for Relief in the Amount of Eighty Million United States Dollars

($80,000,000.00)

SIGNED [signature]   DATE 8/18/2023

Joseph H. Issa

125 CR 3828, San Antonio

Texas 78253

Cellular Phone: 210 850 3221