IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEPH HALIROU ISSA, | § § | |
| *Plaintiff,* | § § § | SA-23-CV-01029-OLG |
| vs. | § § | |
| BOEING COMMERCIAL AIRCRAFTS COMPANY, VOLT INFORMATION SCIENCE, INC., | § § § § | |
| *Defendants.* | § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued an order directing service of Plaintiff's Complaint on Defendants. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 29th day of September, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE