**FILED**

June 21, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

BY: _____ NM
DEPUTY

| | | |
|---|---|---|
| JOSEPH HALIROU ISSA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL NO. SA-23-CV-1029-OLG |
| | ) | |
| | ) | |
| BOEING COMMERCIAL AIRCRAFTS | ) | |
| COMPANY, VOLT INFORMATION | ) | |
| SCIENCE, INC. | ) | |
| | ) | |
| Defendant | ) | |

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

On this date the Court considered the report and recommendation of United States
Magistrate Judge Elizabeth S. Chestney, filed in the above-styled and numbered cause on
May 20, 2024. Docket no. 23. The parties were served with a copy of the recommendation, but no
objections were filed.[1] When no party has objected to the Magistrate Judge's recommendation, the
Court need not conduct a de novo review. Instead, the Court need only review the recommendation
and determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson*, 864
F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989).

The Court has reviewed the recommendation and the findings and conclusions therein are
neither clearly erroneous nor contrary to law. It is therefore ORDERED that the recommendation of
United States Magistrate Judge Elizabeth S. Chestney, filed in this cause on May 20, 2024, is hereby
ACCEPTED pursuant to 28 U.S.C. § 636(b)(1).

---

[1]A party desiring to object to a magistrate judge's findings and recommendations must file and serve
written objections within 14 days after being served with the recommendations. 28 U.S.C. § 636(b)(1); FED.
R. CIV. P. 72(b)(2). Service is made to the last known address of the party or his attorney, and service by mail
is complete upon mailing. FED. R. CIV. P. 5(b).

It is further ORDERED that all claims asserted in this lawsuit are DISMISSED WITH PREJUDICE for the reasons stated in the recommendation. Final judgment may be entered accordingly, and this case may be closed.

SIGNED and ENTERED on the ___ day of June, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE