AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| _____<br>*Plaintiff*<br>v.<br>_____<br>*Defendant* | )<br>)<br>)   Civil Action No.<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ **recover from the defendant** *(name)* _____ **the amount of** _____ **dollars ($** _____ **), which includes prejudgment interest at the rate of** _____ **%, plus post judgment interest at the rate of** _____ **% per annum, along with costs.**

☐ **the plaintiff recover nothing, the action be dismissed on the merits, and the defendant** *(name)* _____ **recover costs from the plaintiff** *(name)* _____ .

☐ **other:**
_____.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ **presiding, and the jury has rendered a verdict.**

☐ **tried by Judge** _____ **without a jury and the above decision was reached.**

☐ **decided by Judge** _____

_____.

Date:  06/21/2024

*CLERK OF COURT, Philip J. Devlin*

*Veronica Leyva*

*Signature of Clerk or Deputy Clerk*